UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILLIE M. BUTLER,

              Plaintiff,

    v.

UNITED STATES OF AMERICA, ET AL.

              Defendants.

20 Civ. 10044 (JPC)

**REVISED CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER**

1. Plaintiff shall serve her Rule 26(a)(2) expert disclosures by March 28, 2022;

2. Defendant shall serve its Rule 26(a)(2) expert disclosures by May 9, 2022;

3. All expert discovery, including expert depositions, shall be completed by June 14, 2022;

4. All discovery shall be completed by June 14, 2022;

5. The parties shall submit a joint letter to the Court advising the Court as to whether the parties request a referral to the assigned Magistrate Judge for a settlement conference and regarding any post-discovery motions, as stated in the Court's Civil Case Management Plan and Scheduling Order, by June 20, 2022; and

6. All other paragraphs in the Court's March 16, 2021, Civil Case Management Plan and Scheduling Order, ECF No. 17, shall remain unchanged and in effect.

SO ORDERED.

Dated: New York, New York

    March 11, 2021

                                            HON. JOHN P. CRONAN
                                            United States District Judge