UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
WILLIE M. BUTLER,                                                 :
                                                                  :
                              Plaintiff,                          :      20 Civ. 10044 (JPC)
                                                                  :
                -v-                                               :      ORDER
                                                                  :
UNITED STATES OF AMERICA *et al.*,                                :
                                                                  :
                              Defendants.                         :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court will conduct a bench trial beginning on January 17, 2023. The parties must familiarize themselves with the Court's Individual Rules and Practices for Civil Cases, available at https://www.nysd.uscourts.gov/hon-john-pcronan. By December 6, 2022, the parties shall file a proposed joint pretrial order and all other required pretrial filings, including any motions *in limine*, in accordance with 7.B and 7.D-E of the Court's Individual Rules and Practices in Civil Cases. Any opposition to a motion *in limine* shall be filed by December 13, 2022. The parties shall submit courtesy copies in accordance with 7.F of the Court's Individual Rules and Practices in Civil Cases by January 10, 2023. Furthermore, the parties shall appear for a final pretrial conference on January 10, 2023, at 9:30 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The final pretrial conference must be attended by the attorney who will serve as principal trial counsel.

SO ORDERED.

Dated: July 7, 2022                              _____
       New York, New York                           JOHN P. CRONAN
                                                    United States District Judge