UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

WILLIE M. BUTLER,

                              Plaintiff,

-against-                                        20 **CIVIL** 10044 (JPC)

**JUDGMENT**

UNITED STATES OF AMERICA,

                              Defendant.

-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Findings of Fact and Conclusions of Law dated September 1, 2023, the Government is not liable to Butler for malpractice. Judgment is entered in favor of the Government and the case is closed.

**Dated:**  New York, New York

       September 5, 2023

                                                          **RUBY J. KRAJICK**
                                                           Clerk of Court

                                     **BY:**

                                                           _____
                                                               **Deputy Clerk**